# United States Bankruptcy Court

District of Kansas
Case No. 25-40226
Chapter 13

In re: Debtor(s) (including Name and Address)

Lori Grace Leotta
4027 Overland Drive
Lawrence KS 66049

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/30/2025.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 3: Consumer Portfolio Services, Inc., PO Box 57071, Irvine, CA 92619-7071 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>St. Cloud, MN 56302-9617 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/01/25

David D. Zimmerman
**CLERK OF THE COURT**

United States Bankruptcy Court

District of Kansas

In re:                                                           Case No. 25-40226-DLS

Lori Grace Leotta                                               Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 1083-5                    User: admin                     Page 1 of 1

Date Rcvd: Jul 30, 2025             Form ID: trc                   Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 10119264 | Email/Text: bankruptcy@consumerportfolio.com | Jul 30 2025 20:30:00 | Consumer Portfolio Services, Inc., PO Box 57071, Irvine, CA 92619-7071 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2025            Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carl B. Davis | ecf@kstrustee.com |
| Ryan A Blay | on behalf of Debtor Lori Grace Leotta blay@wagonergroup.com bankruptcy@wagonergroup.com;blayrr52985@notify.bestcase.com;wmlecf@gmail.com |
| U.S. Trustee | ustpregion20.wi.ecf@usdoj.gov |

TOTAL: 3